■ HILDA VALENTI et al. v CABRINI HEALTH CARE CENTER et al. — Motion, insofar as it seeks reargument granted, and upon reargument, this court

adheres to its original determination, and insofar as it seeks leave to appeal to the Court of Appeals granted and the following question certified: "Was the order of the Supreme Court, as affirmed by this court, properly made?" Concur — Kupferman, J. P., Sandler, Sullivan, Ross and Lynch, JJ.